UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC,<br><br>　　　Plaintiff<br><br>v.<br><br>ALLEGION US HOLDING III INC.,<br><br>　　　Defendant | Case No.: 2:25-cv-01605-APG-DJA<br><br>**Order (1) to Show Cause Why This Case Should Not Be Remanded for Lack of Subject Matter Jurisdiction and (2) Striking Certificate of Interested Parties** |

　　　The defendants removed this action from state court based on diversity jurisdiction. ECF No. 1. However, the defendants have not adequately identified the citizenship of the parties, so I cannot determine if complete diversity exists. As to plaintiff Storybook Residential, LLC, the defendants state that its "sole managing member" is a Nevada resident. ECF No. 1 at 2. But a limited liability company (LLC) is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The plaintiff's citizenship is thus determined by all members of the LLC, not just managing members. It is unclear whether the plaintiff has additional members whose citizenship may destroy complete diversity. Accordingly, I order the defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction.

　　　Additionally, I strike the defendants' certificate of interested parties because it does not comply with Federal Rule of Civil Procedure 7.1(a)(2). It erroneously states that this case "has been removed solely on the basis of federal-question jurisdiction, and no Rule 7.1(a)(2) disclosure is required." ECF No. 2 at 2.

I THEREFORE ORDER that by September 12, 2025, the defendants shall show cause why this action should not be remanded for lack of subject matter jurisdiction. Failure to respond to this order by that date will result in remand.

I FURTHER ORDER that the defendants' certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER the defendants to file a proper certificate of interested parties by September 12, 2025.

DATED this 29th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE