**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC, | Case No.: 2:25-cv-01605-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| ALLEGION US HOLDING III INC., | |
| Defendant | |

In light of the defendants' response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not remand this case for lack of subject matter jurisdiction at this time.

DATED this 15th day of September, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE