**ROBERT N. LEMAY**
Texas Bar No. 12188750 (*Admitted pro hac vice*)
rlemay@krcl.com
**TIFFANY A. KAHLER**
Nevada Bar No. 13513
tkahler@krcl.com
**KANE RUSSELL COLEMAN LOGAN PC**
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299

**JOSEPH R. MESERVY**
Nevada Bar No. 14088
jmeservy@lvnvlaw.com
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950

*Attorneys for Defendants*
*Allegion US Holding III Inc. and*
*Schlage Lock Company LLC*

**KANE RUSSELL COLEMAN LOGAN PC**
ATTORNEYS AT LAW
901 Main Street, Suite 5200
Dallas, Texas 75202
TELEPHONE (214) 777-4200
FACSIMILE (214) 777-4299

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC, a Nevada limited liability company, | Case No.: 2:25-cv-01605 |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ALLEGION US HOLDING III INC., a foreign corporation, SCHLAGE LOCK COMPANY LLC, an entity of unknown origin, DOES I through X, and ROE ENTITIES XI through XX, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

1

11658254 v2 (75524.00002.000)

KANE RUSSELL COLEMAN LOGAN PC
ATTORNEYS AT LAW
901 Main Street, Suite 5200
Dallas, Texas 75202
TELEPHONE (214) 777-4200
FACSIMILE (214) 777-4299

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule IA 6-1(a), Plaintiff Storybook Residential LLC ("Plaintiff"), by and through its counsel of record Donald H. Williams and Aaron R. Tippetts III of Williams❖Starbuck, and Defendants Allegion US Holding III Inc. and Schlage Lock Company LLC (collectively, "Defendants"), by and through their counsel of record Robert N. LeMay and Tiffany A. Kahler of Kane Russell Coleman Logan, hereby stipulate and agree as follows:

1.  This matter was removed from state court to federal court on August 28, 2025 [ECF No. 1].

2.  On August 29, 2025, the Court issued an Order to Show Cause regarding subject matter jurisdiction and struck the Certificate of Interested Parties [ECF No. 5].

3.  Defendants filed their Response to the Order to Show Cause on September 12, 2025 [ECF No. 7], and the Court deemed the Order satisfied on September 15, 2025 [ECF No. 9].

4.  Pursuant to Federal Rule of Civil Procedure 81(c)(2), Defendants' deadline to respond to Plaintiff's Complaint was September 4, 2025.

5.  Following removal to federal court, counsel for Defendants were actively addressing procedural developments, including jurisdictional issues and the Court's Order to Show Cause. In light of the procedural developments and concurrent litigation obligations, the response deadline was inadvertently not met due to a calendaring oversight.

6.  Additionally, defense counsel is currently engaged in trial proceedings in another matter, which has limited availability and contributed to the need for additional time to respond.

7.  Defendants respectfully request a 14-day extension from the date of this stipulation, making the new deadline to respond October 6, 2025.

8.  This is the first request for an extension of time to respond to the Complaint. Plaintiff does not oppose this request.

9.  The requested extension is supported by both good cause and excusable neglect. It is made in good faith and not for the purpose of delay. Plaintiff will not be prejudiced, as no trial date, expert disclosure deadlines, or other scheduling order deadlines have been set.

**IT IS SO STIPULATED.**

Dated: September 22, 2025

**KANE RUSSELL COLEMAN LOGAN**

/s/ Tiffany A. Kahler
Robert N. LeMay
Texas Bar No. 12188750
(Admitted p*ro hac vice*)
rlemay@krcl.com
Tiffany A. Kahler
Nevada Bar No. 13513
tkahler@krcl.com
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299

**BARRON & PRUITT, LLP**
Joseph R. Meservy
Nevada Bar No. 14088
jmeservy@lvnvlaw.com
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3940

*Attorneys for Defendants*
*Allegion US Holding III Inc. and*
*Schlage Lock Company LLC*

Dated: September 22, 2025

**WILLIAMS❖STARBUCK**

/s/ Aaron R. Tippets III
Donald H. Williams
Nevada Bar No. 5548
dwilliams@dhwlawlv.com
Aaron R. Tippetts III
Nevada Bar No. 16459
atippetts@dhwlawlv.com
612 So. Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 320-7755
Facsimile: (702) 320-7760

*Attorneys for Plaintiff*
*Storybook Residential, LLC*

**IT IS SO ORDERED**.

DATED: 9/24/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KANE RUSSELL COLEMAN LOGAN PC
ATTORNEYS AT LAW
901 Main Street, Suite 5200
Dallas, Texas 75202
TELEPHONE (214) 777-4200
FACSIMILE (214) 777-4299

3

**KANE RUSSELL COLEMAN LOGAN PC**
ATTORNEYS AT LAW
901 Main Street, Suite 5200
Dallas, Texas 75202
TELEPHONE (214) 777-4200
FACSIMILE (214) 777-4299

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of September 2025, **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** was filed electronically using the Court's CM/ECF system and served on counsel of record via electronic service as follows:

☐ US MAIL: by placing the document(s) listed above in a sealed envelope, postage prepaid, in the United States Mail at Las Vegas, Nevada, addressed to the following:

☐ BY FAX: by transmitting the document(s) listed above via facsimile transmission to the fax number(s) set forth below.

☐ BY HAND-DELIVERY: by hand-delivering the document(s) listed above to the address(es) set forth below.

☐ BY EMAIL: by emailing the document(s) listed above to the email address(es) set forth below.

☒ BY ELECTRONIC SERVICE: by electronically serving the document(s) listed above with the PACER system upon the following:

Donald H. Williams
Aaron R. Tippetts III
Williams❖Starbuck
612 So. Tenth Street
Las Vegas, Nevada 89101
dwilliams@dhwlawlv.com
atippetts@dhwlawlv.com

***Attorneys for Plaintiff***
***Storybook Residential, LLC***

/s/ Tiffany A. Kahler
Tiffany A. Kahler

4

11658254 v2 (75524.00002.000)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\*\*\***

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC, a Nevada limited liability company, | Case No.: 2:25-cv-01605 |
| Plaintiffs, | |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ALLEGION US HOLDING III INC., a foreign corporation, SCHLAGE LOCK COMPANY LLC, an entity of unknown origin, DOES I through X, and ROE ENTITIES XI through XX, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

The Court, having reviewed the parties' stipulation and finding that good cause and excusable neglect support the requested relief, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Rule IA 6-1(a), hereby orders as follows:

1. Defendants Allegion US Holding III Inc. and Schlage Lock Company LLC shall have up to and including October 6, 2025 to file their response to Plaintiff's Complaint.

2. The Court finds that the delay in meeting the original deadline resulted from excusable neglect, including calendaring oversight during procedural developments following removal and concurrent litigation obligations. The Court further finds that good cause exists for the extension based on defense counsel's engagement in trial proceedings in another matter and the absence of prejudice to Plaintiff.

3. This is the first request for an extension of time to respond to the Complaint. The extension is made in good faith and not for the purpose of delay.

4.  The Court further finds that Plaintiff will not be prejudiced by the extension, as no trial date, expert disclosure deadlines, or other scheduling order deadlines have been set.

**IT IS SO ORDERED:**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

_____
Dated