DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
Dwilliams@dhwlawlv.com
AARON R. TIPPETTS III, ESQ.
Nevada Bar No. 16459
Atippetts@dhwlawlv.com
WILLIAMS ❖ STARBUCK
612 So. Tenth Street
Las Vegas, Nevada 89101
(702) 320-7755 (Phone)
(702) 320-7760 (Facsimile)
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEGION US HOLDING III, INC., a foreign corporation; SCHLAGE LOCK COMPANY LLC, an entity of unknown origin; DOES I through X; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01605-APG-DJA<br><br>**STIPULATION TO EXTEND BRIEFING DEADLINES RE THE DEFENDANTS' MOTION TO DISMISS (FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1(a), Plaintiff Storybook Residential LLC ("Plaintiff"), by and through its counsel of record, Donald H. Williams and Aaron R. Tippetts III of Williams ❖ Starbuck, and Defendants Allegion US Holding III Inc. and Schlage Lock Company LLC (collectively, "Defendants"), by and through their counsel of record, Robert N. LeMay and Tiffany A. Kahler of Kane Russell Coleman Logan, hereby stipulate and agree as follows:

1

1. This matter was removed from state court to federal court on August 28, 2025 [ECF No. 1].

2. On October 6, 2025, Defendants filed a Motion to Dismiss [ECF No. 17].

3. Pursuant to Local Rule 7-2(b), Plaintiff's deadline to file and serve points and authorities in response to the Motion to Dismiss is presently October 20, 2025.

4. Pursuant to Local Rule 7-2(b), the Defendants' deadline to file and serve a reply in support of the Motion to Dismiss is presently October 27, 2025.

5. Due to conflicting deadlines and a number of upcoming depositions in other cases, Plaintiff's counsel has requested that the briefing deadlines associated with the Defendants' pending Motion to Dismiss be extended by fourteen (14) days. The Defendants have courteously agreed to such a 14-day extension of the remaining briefing deadlines associated with the Motion to Dismiss.

6. The Parties hereby stipulate and agree, and respectfully request, that both the deadline for Plaintiff's response brief, and the deadline for Defendants' reply brief, be extended by fourteen (14) days. More specifically, the Parties respectfully request:

    1. That Plaintiff's deadline to file and serve points and authorities in response to the Motion to Dismiss be extended to **November 3, 2025**; and

    2. That Defendants' deadline to file and serve and serve a reply in support of the Motion to Dismiss be extended to **November 10, 2025**.

…
…
…
…
…
…
…
…

7. This is the Parties' first request for an extension of the briefing schedule associated with the Defendants' pending Motion to Dismiss.

8. The requested extension is supported by both good cause and excusable neglect. It is made in good faith and not for the purpose of delay. Neither Party will be prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: October 17th, 2025

**WILLIAMS❖STARBUCK**

/s/ Aaron R. Tippetts III, Esq.
Donald H. Williams
Nevada Bar No. 5548
Dwilliams@dhwlawlv.com
Aaron R. Tippetts III
Nevada Bar No. 16459
Atippetts@dhwlawlv.com
612 So. Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 320-7755
Facsimile: (702) 320-7760

*Attorneys for Plaintiff*
*Storybook Residential, LLC*

Dated: October 17th, 2025

**KANE RUSSELL COLEMAN LOGAN**

/s/ Tiffany A. Kahler, Esq.
Robert N. LeMay
Texas Bar No. 12188750
(Admitted pro hac vice)
rlemay@krcl.com
Tiffany A. Kahler
Nevada Bar No. 13513
tkahler@krcl.com
901 Main Street, Suite 5200
Dallas, Texas 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299

**BARRON & PRUITT, LLP**
Joseph R. Meservy
Nevada Bar No. 14088
jmeservy@lvnvlaw.com
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3940

*Attorneys for Defendants*
*Allegion US Holding III Inc. and*
*Schlage Lock Company LLC*

IT IS SO ORDERED:

Dated: October 21, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
Case No.: 2:25-cv-01605-APG-DJA

3