**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| STORYBOOK RESIDENTIAL, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEGION US HOLDING III INC., a foreign corporation, SCHLAGE LOCK COMPANY LLC, an entity of unknown origin, DOES I through X, and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01605-APG-DJA<br><br>ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES RE THE DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT<br>(FIRST REQUEST) |

The Court, having reviewed the parties' stipulation and finding that good cause and excusable neglect support the requested relief, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1(a), hereby orders as follows:

1. Plaintiff's deadline to file and serve points and authorities in response to the Defendants' pending Motion to Dismiss the Amended Complaint [ECF No. 17] shall be extended to October 12, 2026.
2. Defendants' deadline to file and serve and serve a reply in support of said Motion to Dismiss the Amended Complaint shall be extended to October 19, 2026.
3. The Court finds that the delay necessitating these extensions is supported by good cause and excusable neglect, including scheduling conflicts in other matters that Plaintiff's counsel is involved with. The Defendants have courteously agreed to these extensions and agree that no Party will be prejudiced thereby.

4. This is the first request for an extension of the briefing deadlines associated with the Defendants' pending Motion to Dismiss the Amended Complaint. The extension is made in good faith and not for the purpose of delay.
5. The Court further finds, and the Parties agree, that neither the Plaintiff nor the Defendant will be prejudiced by these extensions.

**IT IS SO ORDERED.**

September 15, 2026
Date

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE